```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TANYA ALEXANDER                     :      CIVIL ACTION

      vs.                           :

WAL-MART STORES EAST, LP            :      NO. 07-3712
COCA-COLA BOTTLING COMPANY

### O R D E R

**AND NOW**, this 21st day of July, 2009, it having been reported that the issues between **Plaintiff Tanya Alexander** and **Defendants Wal-Mart Stores East, LP and Coca Cola Bottling Company** and all cross claims have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.


ATTEST:                       or      BY THE COURT:


BY: /s/Rosalind Burton-Hoop
    Rosalind Burton-Hoop              JOHN P. FULLAM, Sr. J.
      Deputy Clerk


COPIES BY MAIL ON   7/21/09   TO:  Analisa Sondergaard, Esquire
                                   Michael T. Leabman, Esquire
                                   Patrick J. McConnell, Esquire
                                   Stephanie L. Hersperge, Esquire


Civ 12 (7/95)